**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**
www.flmb.uscourts.gov

Harry Lee Futch Jr,  Case No. 3:23-bk-00160-JAB
Debtor.[1]  Chapter 13
_____/

**MOTION TO REINSTATE CASE**
**AND REQUEST FOR ATTRONEY'S FEES**

Debtor, by and through the undersigned counsel, pursuant to Fed. R. Bankr. P. 9024 and Fed. R. Civ. P. 60(b)(6), hereby files this *Motion to Reinstate Case and Request for Attorney's Fees*. In support thereof, Debtor states as follows:

1. On January 24, 2023, Debtor filed a voluntary petition for relief under Chapter 13 of the U.S. Bankruptcy Code.

2. On February 22, 2023, the Court issued an *Order Dismissing Case* [Doc. No. 13] (the "Order"), effective 15 days from the entry thereof.

3. This Motion has been filed prior to the effective date of the Order.

4. Admittedly, Debtor failed to timely file the required schedules and Chapter 13 Plan, but all required documents have now been filed or will be filed contemporaneously with this Motion.

5. Debtor understands the importance of complying with the orders of this Court. Debtor attends radiation appointments due to his late-stage cancer and his condition has put a strain on his ability to gather required documents.

6. This case has not been previously dismissed and reinstated.

---

[1] References to "Debtor" include and refer to both debtors in a case filed jointly by two individuals.

7. The undersigned seeks compensation, to be paid through the plan, for the preparation and litigation of this Motion in the amount of $300.00 if no hearing is required or in the amount of $400.00 if a hearing is held. The fees requested are proposed in accordance with the presumptively reasonable fees for "a la carte items" as set forth in this Court's Order Establishing Presumptively Reasonable Debtor's Attorney Fee in Chapter 13 Cases.

WHEREFORE, Debtor respectfully requests that this Honorable Court enter an order reinstating this case, vacating the Order, awarding reasonable attorney's fees, and for any additional relief deemed to be fair and just.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on or before March 1, 2023, a true and correct copy of the foregoing was furnished via electronic or regular mail to the parties listed on the attached mailing matrix.

**CONSUMER LAW ATTORNEYS**

/s/ *Kenneth Case*
Kenneth R. Case, Esq.
FBN: 0073758
2727 Ulmerton Rd., Ste. 270
Clearwater, FL 33762
T: (877) 241-2200
F: (727)623-4611
E: service@consumerlawattorneys.com
E: kcase@consumerlawattorneys.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-3<br>Case 3:23-bk-00160-JAB<br>Middle District of Florida<br>Jacksonville<br>Wed Mar  1 17:28:40 EST 2023 | U.S. Bank National Association, as Trustee,<br>Robertson, Anschutz, Schneid, Crane & Pa<br>6409 Congress Avenue, suite 100<br>Boca Raton, FL 33487-2853 | United States Trustee - JAX 13/7 7<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 |
| Crdtonebnk<br>585 S. Pilot Street<br>Las Vegas, NV 89119-3619 | Fettifht/W<br>P.O. Box 0260<br>Saint Cloud, MN 56395-0260 | Fhut/Webbk<br>P.O. Box 0260<br>Saint Cloud, MN 56395-0260 |
| Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | Insight Cu<br>206 E. Hillcrest Pob 4900<br>Orlando, FL 32802-4900 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA  19101-7346 |
| McCabe, Weisberg & Conway, LLC<br>3222 Commerce Place, Suite A<br>West Palm Beach, FL 33407-1904 | Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090-2037 | Nationstar Mortgage LLC d/b/a Mr Cooper<br>PO Box 619094<br>Dallas, TX 75261-9094 |
| NewRez/PHH<br>P.O. Box 5452<br>Mount Laurel, NJ 08054-5452 | PHH Mortgage Services<br>P.O. Box 66002<br>Lawrenceville, NJ 08648-6002 | Portfolio<br>120 Corporate Blvd, Ste 1<br>Norfolk, VA 23502-4952 |
| Portfolio Recov Assoc<br>150 Corporate Blvd<br>Norfolk, VA 23502-4952 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Seventh Avenue<br>1112 7th Ave<br>Monroe, WI 53566-1364 |
| Sumter County Tax Collector<br>209 North Florida Street<br>Bushnell FL 33513-6146 | United States Attorney<br>300 North Hogan St Suite 700<br>Jacksonville, FL 32202-4204 | Douglas W Neway<br>Post Office Box 4308<br>Jacksonville, FL 32201-4308 |
| Harry Lee Futch Jr<br>132 S Commercial St<br>Coleman, FL 33521 | Kenneth R Case<br>Consumer Law Attorneys<br>2727 Ulmerton Rd., Ste. 270<br>33762<br>Clearwater, FL 33762-3368 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | End of Label Matrix<br>Mailable recipients    22<br>Bypassed recipients     0<br>Total                  22 |